# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Ingram,<br><br>    Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>    Defendant. | **Case No. 5:20-cv-01651-TJH-SHK**<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL [JS-6]**<br><br>**Hon. Terry J. Hatter, Jr.** |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits with prejudice and without costs and disbursements to any of the parties.

IT IS SO ORDERED.

Dated: JUNE 27, 2022

               The Honorable Terry J. Hatter, Jr.
               United States District Judge